ACCEPTED
03-15-00231-CR
6119024
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/17/2015 2:57:42 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00231-CR

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/17/2015 2:57:42 PM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT OF TEXAS
## AUSTIN DIVISION

_____

| | |
|---|---|
| **JONATHAN LEE FEHR** | § |
| | § |
| **v.** | § |
| | § |
| **STATE OF TEXAS** | § |

_____

## APPELLANT'S SECOND MOTION TO EXTEND
## TIME TO FILE APPELLANT'S BRIEF

_____

**Justin Bradford Smith**
**Texas Bar No. 24072348**
**Harrell, Stoebner, & Russell, P.C.**
**2106 Bird Creek Drive**
**Temple, Texas 76502**
**Phone: (254) 771-1855**
**FAX: (254) 771-2082**
**Email:  justin@templelawoffice.com**

**ATTORNEY FOR APPELLANT**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellant, JONTHAN LEE FEHR, who files this Second Motion for Extension of Time to File Appellant's Brief, and shows unto the Court as follows:

**I.**

Appellant's brief is due on or before July 20, 2015.

**II.**

Appellant seeks an additional thirty (30) days to file his brief, which should make his brief due on or before August 19, 2015.

**III.**

Facts relied on to reasonably explain the need for an extension include the following:

1.  Drafting and filing brief on a capital murder appeal *Sherill Small v. Texas*; 14-15-00039-CR, in the 14th Court of Appeals, submitted for filing on July 13, 2015 (accepted after corrections on July 14, 2015). Work performed frequently if not almost daily: the record is unusually lengthy (23 volumes for the Reporter's Record, and three Clerk's Records), and Appellant's counsel was required to create an appendix due to the volume

of the exhibits and the fact that they are not Bates-stamped, which significantly increased the work.

2.    Draft and file motion for temporary orders pending appeal, motion for continuance of motion for new trial/motion for alternative judgment hearing; attend original hearing and reset hearing, prepare for reset hearing; and work on modified order; complete and file docketing statement; in *In re: B.M.W., A Child*; Cause No. 231,743-B; 146th District Court, Bell County, Texas (on appeal, *In re: B.M.W.*, 03-15-00380-CV. Work performed on June 19, 2015, June 24, 2015, July 2, 2015, July 14, 2015, July 15, 2015, and July 16, 2015.

3.    Respond to request from the trial court regarding the State's position that no findings of fact and conclusions of law required in *In re: C.P.*, Cause No. 03-15-00276-CV, in the Third Court of Appeals. Work performed on June 26, 2016.

4.    Review opinion, send to client, and perform legal research regarding possibility of filing a motion for rehearing in *Billy Wayne Speights v. State of Texas*, PD-0543-14, Court of

Criminal Appeals, issued on July 1, 2015 (motion for rehearing research done on July 16, 2015).

5. Review opinion and send to client with explanation of petition for discretionary review process (and enclosing rules and documents to assist him) for *Lane Andrew Pickle v. State*, Cause No. 07-15-00021-CR, Amarillo Court of Appeals. Opinion issued on June 17, 2015, work performed on June 18, 2015.

6. Initial work (motion for new trial, request reporter's record, request clerk's record) for *The State of Texas v. Darrell Wayne Love*, Cause No. 73,401, 27th District Court of Bell County, Texas. Work performed on July 2, 2015.

7. Complete and file docketing statement for *The State of Texas v. Santos Salinas*; Cause No. 42,622; 424th District Court of Burnet County, Texas; 03-15-00364-CR; Transferred to the Thirteenth Court of Appeals, 13-15-00310-CR. (Work performed on June 19, 2015).

8. Prepare Motion for Withdrawal as Counsel and Motion for Continuance for filing, and related work (draft order, letter to

client), in *Discover Bank v. Rodney C. Stevens*, Cause No. 31-2014-S-0007765. Work performed on June 30, 2015.

9.     Final Hearing on Non-Judicial Foreclosure on July 17, 2015 in *21st Century Mortgage Corporation v. Thomas Walker, et al*; Cause No. 271,117-B; 146th District Court, Bell County, Texas [reset from May].

10.    Complete CLE hours (around June 22, 2015 or so).

11.    Time lost due to Appellant's office being closed for Independence Day on July 3, 2015.

**IV.**

One previous extension has been requested and granted in this matter.

**<u>PRAYER</u>**

WHEREFORE, PREMISES CONSIDERED, Appellant asks this Court to extend his time for filing his brief to thirty (30) days from the date his brief is currently due.

Respectfully submitted:


/s/ Justin Bradford Smith
Justin Bradford Smith
Texas Bar No. 24072348

Harrell, Stoebner, & Russell, P.C.
2106 Bird Creek Drive
Temple, Texas 76502
Phone: (254) 771-1855
FAX: (254) 771-2082
Email:  justin@templelawoffice.com

ATTORNEY FOR APPELLANT


## CERTIFICATE OF SERVICE

I hereby certify that, on July 17, 2015, a true and correct copy of the

Appellant's Second Motion to Extend Time to File Appellant's Brief was provided

to counsel via the method indicated below:

Llano County District Attorney
c/o Gary W. Bunyard
P.O. Box 725
Llano, Texas  78643
Fax:  325-247-5274
Email:  g.bunyard@co.llano.tx.us
**VIA ESERVICE**
        *Attorneys for State of Texas*

/s/ Justin Bradford Smith
Justin Bradford Smith